FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 14 2018
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 18-466 JB |
| Plaintiff, ) | |
| ) | Counts 1-3: 18 U.S.C. §§ 2252A(a)(5)(B), |
| vs. ) | (b)(2), and 2256: Possession of Visual |
| ) | Depictions of Minors Engaged in Sexually |
| **CHRISTOPHER RAYMOND LOPEZ**, ) | Explicit Conduct. |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

Count 1

From a date unknown to the Grand Jury and continuing to on or about June 29, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **CHRISTOPHER RAYMOND LOPEZ**, did knowingly possess a Seagate 500 GB external hard drive containing child pornography, that involved prepubescent minors, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256.

Count 2

From on or a date unknown to the Grand Jury and continuing to on or about June 29, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **CHRISTOPHER RAYMOND LOPEZ**, did knowingly possess an HP computer with a Seagate 750 GB Hard

drive containing child pornography, that involved prepubescent minors, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256.

## Count 3

From on or about a date unknown to the Grand Jury and continuing to on or about June 29, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **CHRISTOPHER RAYMOND LOPEZ**, did knowingly possess a PNY brand USB thumb drive containing child pornography, that involved prepubescent minors, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256.

## FORFEITURE ALLEGATIONS

Upon conviction of any of the violations alleged in this Indictment involving violations of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B), Defendant **CHRISTOPHER RAYMOND LOPEZ** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any and all of the defendant's right, title and interest in:

A. Seagate External 500 GB HDD hard drive, Model: FreeAgent GoFlex, Serial Number: NA03NJ0;

B. HP Pavilion P6000, Model P6510Y, Serial Number 4CE0280FGF, containing a Seagate Barracuda 750 GB HDD hard drive, Model Number ST3750528AS; Serial Number 9VPCC62J; and

C. PNY brand USB thumb drive, Model Attaché, serial number unknown.

A TRUE BILL:

/S/
---
FOREPERSON OF THE GRAND JURY

*[signature]*
---
Assistant United States Attorney
2/8/2018